```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    Fax: (415) 436-7234
    Jared.Buszin@usdoj.gov

Attorneys for United States of America
```

**FILED**

Jun 04 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN WU-FALKENBORG,<br><br>    Defendant. | NO.: CR25-00147 CRB<br><br>MOTION FOR SEALING ORDER<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney Jared S. Buszin, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment, the summons, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the the progress of this ongoing investigation that is neither public nor the target of the investigation.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with

1  the Federal Bureau of Investigation and other law enforcement agencies.

2  DATED: June 3, 2025                           Respectfully submitted,

3                                                CRAIG H. MISSAKIAN
                                                  United States Attorney
4

5
                                                  */s/ Jared S. Buszin*
6                                                 JARED S. BUSZIN
                                                  Assistant United States Attorney
7