**PR~~OPOS~~ED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Thomas S. Hixson**<br>U.S. Magistrate Judge | **RE:** | **Wu-Falkenborg, Nathan** |
| **FROM:** | Yaneyla Arevalo Arellano<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:25-cr-00147-CRB |

**Date:** 6/17/25

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Yaneyla Arevalo Arellano                                              415-436-7510

U.S. Pretrial Services Officer                                         **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without legal prescription.

2. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.

3. Defendant must participate in substance abuse and/or mental health treatment as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____     June 18, 2025
**JUDICIAL OFFICER**                _____
                                                      **DATE**
Thomas S. Hixson
U.S. Magistrate Judge