RANDOLPH E. DAAR, SBN 88195
350 Townsend Street, Suite 307
San Francisco, California, 94107
Tel: (415) 896-5591
Fax: (415) 421-1331
randy.daar@gmail.com
Attorney for Defendant
NATHAN WU-FALKENBORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  3:25-CR-00147 CRB |
| Plaintiff, | ) |
| | ) |
| v. | ) REQUEST FOR TRAVEL ORDER |
| | ) AND [PROPOSED] ORDER |
| NATHAN WU-FALKENBORG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant NATHAN WU-FALKENBORG, by and through undersigned counsel, requests

permission to travel outside of California for the following purpose:

To visit family and attend a one-day business meeting in Sarasota, Florida departing July

14, 2025 and returning July 21, 2025.

In support of this request, undersigned counsel hereby states:

1.    Defendant Wu-Falkenborg remains out of custody and in full compliance with all

pretrial release conditions.

2.    Defense counsel has communicated with AUSA Jared Buszin and Pretrial Services

Officer Vanessa Vargas, both of whom approve the proposed travel.

//

1

1

2    Dated: June 25, 2025

3                                                    _____/S/_____
                                                     Randolph E. Daar
4                                                    Nathan Wu-Falkenbor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

Having read and considered the above Request, with no objection from the government or Pretrial Services, and GOOD CAUSE APPEARING:

1. Defendant Nathan Wu-Falkenborg is permitted to travel to Sarasota, Florida from July 14, 2025 to July 21, 2025.

2. Defendant Wu-Falkenborg's Conditions of Release are modified to allow him to travel to Sarasota, Florida on said dates solely for the purpose of visiting family and attending a one-day business meeting, provided that he notify Pretrial Services in advance.

3. All other Conditions of Release shall remain in full force and effect.


IT IS SO ORDERED.


Dated: _____


_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

3