1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHARLES F. BISESTO (CABN 271353)
   JARED S. BUSZIN (NYBN 5285838)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Charles.Bisesto@usdoj.gov
       Jared.Buszin@usdoj.gov
9
   Attorneys for United States of America
10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                               SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,              )  NO. 25-CR-147-CRB
                                            )
15 |     Plaintiff,                         )  STIPULATION TO CONTINUE STATUS
                                            )  CONFERENCE AND EXCLUDE TIME FROM
16 |   v.                                   )  JANUARY 6, 2026, TO MARCH 25, 2026, AND
                                            )  [PROPOSED] ORDER
17 | NATHAN WU-FALKENBORG,                  )
                                            )
18 |     Defendant.                         )
                                            )
19

20     The parties hereby request that the Court reschedule the January 6, 2026 status conference in this

21 matter to March 25, 2026. It is further stipulated by and between counsel for the United States and

22 counsel for defendant Nathan Wu-Falkenborg, that time be excluded under the Speedy Trial Act from

23 January 6, 2026 through March 25, 2026.

24     On June 3, 2025, an indictment was returned charging the defendant with bank fraud and

25 aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 1344(1), (2). Dkt. 1. The

26 defendant had his initial appearance on June 13, 2025 and was released on an unsecured bond. Dkt. 5, 7.

27 Thereafter, the Court entered a protective order, Dkt. 14, and the government produced voluminous

28 discovery to the defendant, which defense counsel and the defendant continue to review. The parties

1  have also engaged in discussions regarding potential resolution.

2  Because the defendant and his counsel need time to review the voluminous discovery as well as
3  prepare other matters relevant to potential resolution, the parties request that the Court reschedule the
4  January 6, 2026 status conference to March 25, 2026. The parties further stipulate and agree that
5  excluding time until March 25, 2026 will allow for the effective preparation of counsel and the
6  defendant. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of
7  justice served by excluding the time from January 6, 2026 through March 25, 2026 from computation
8  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
9  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

10  The undersigned Assistant United States Attorney certifies that he has obtained approval from
11  counsel for the defendant to file this stipulation and proposed order.

12  IT IS SO STIPULATED.

13  DATED: January 2, 2026               /s/
                                         CHARLES F. BISESTO
14                                       JARED S. BUSZIN
                                         Assistant United States Attorneys
15

16  DATED: January 2, 2026               /s/
                                         RANDOLPH DAAR
17                                       Counsel for Defendant NATHAN WU-FALKENBORG

1  **[PROPOSED] ORDER**

2       Based upon the facts set forth in the stipulation of the parties and for good cause shown, the
3  Court finds that failing to exclude the time from January 6, 2026 through March 25, 2026 would
4  unreasonably deny defense counsel and the defendants the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
6  Court further finds that the ends of justice served by excluding the time from January 6, 2026 to March
7  25, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the
8  defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED
9  that the time from January 6, 2026 through March 25, 2026 shall be excluded from computation under
10 the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  It is further ORDERED that the parties
11 appear for an in-person status conference in this matter on March 25, 2026 at 1:30 p.m.

12      IT IS SO ORDERED.

13 DATED:  January 5, 2026

           HON. CHARLES R. BREYER
14         United States Senior District Judge