**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | WU-FALKENBORG, NATHAN |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:25-cr-00147-CRB-1 |
| **Date:** | 1/6/26 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas                                    (415) 961-1493
U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s) to remove the following conditions:

1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without legal prescription.
2. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
3. Defendant must participate in substance abuse and/or mental health treatment as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_____            January 6, 2026
**JUDICIAL OFFICER**                                    **DATE**

Thomas S. Hixson
U.S. Magistrate Judge