RANDOLPH E. DAAR, SBN 88195
350 Townsend Street, Suite 409
San Francisco, California, 94107
Tel: (415) 896-5591
Fax: (415) 421-1331
randydaar@gmail.com
Attorney for Defendant
NATHAN WU-FALKENBORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN WU-FALKENBORG,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO.  CR 25-00147 CRB

REQUEST FOR TRAVEL ORDER
AND [PROPOSED] ORDER

Defendant NATHAN WU-FALKENBORG, by and through undersigned counsel, requests that the Court release his passport from April 1, 2026 to be returned to Pretrial Services by April 21, 2026, and grant him permission to travel outside the United States for the following purpose:

Defendant and his family to take a cruise trip from San Francisco to Hawaii, with a stop in Ensenada, Mexico, from April 3, 2026 through April 19, 2026.

In support of this request, undersigned counsel hereby states:

1. Defendant voluntarily appeared pursuant to a summons on June 13, 2025 and was released upon signing an unsecured $50,000 bond. Defendant's bond was secured in November 2025.

1

2.  Defendant was granted permission by the Court to travel to Florida from July 14, 2025 through July 21, 2025, and internationally from December 10, 2025 through January 2, 2026.

3.  Defendant has fully complied with all the terms and conditions of his release.

4.  Defendant fully booked this trip before he learned of the indictment in this case.

5.  The trip includes Defendants' spouse, children (twin 8 year old daughters), and parents.

6.  Defense counsel has communicated these proposed plans to Pretrial Services Officer Jessica Portillo and AUSA Jared Buszin, both of whom approve the proposed travel plans.

Dated: March 22, 2026

_____/S/_____
Randolph E. Daar
Nathan Wu-Falkenborg

[PROPOSED] ORDER

Having read and considered the above Request, with no objection from the government or Pretrial Services, and GOOD CAUSE APPEARING:

1. The Court will release Defendant's passport on April 1, 2026 to be returned to Pretrial Services by April 21, 2026, for the purpose of allowing his travel to Hawaii and Mexico.

2. Defendant will be permitted to travel to Hawaii with a stop in Mexico between April 3, 2026 and April 19, 2026.

3. Defendant shall return his passport to the Court within two (2) business days of his arrival back in California.

IT IS SO ORDERED.

Dated:  March 23, 2026

_____
HON. THOMAS S. HIXON
UNITED STATES MAGISTRATE JUDGE