CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Charles.Bisesto@usdoj.gov
Jared.Buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN WU-FALKENBORG,<br><br>Defendant. | NO. 25-CR-147-CRB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JULY 22, 2026, TO AUGUST 26, 2026, AND [PROPOSED] ORDER |

The parties hereby request that the Court continue the July 22, 2026 status conference in this matter and set the case for a change-of-plea hearing on August 26, 2026. It is further stipulated by and between counsel for the United States and counsel for the defendant Nathan Wu-Falkenborg, that time be excluded under the Speedy Trial Act from July 22, 2026, through August 26, 2026.

On June 3, 2025, an indictment was returned charging the defendant with bank fraud and aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 1344(1), (2). Dkt. 1. The defendant had his initial appearance on June 13, 2025 and was released on an unsecured bond. Dkt. 5, 7. Thereafter, the Court entered a protective order, Dkt. 14, and the government produced voluminous discovery to the defendant, which defense counsel and the defendant continue to review. The parties

have engaged in extensive discussions regarding potential resolution, however, more time is needed to finalize the terms of a plea agreement.

Because the defendant and his counsel need time to review the voluminous discovery and because the parties need additional time to finalize the negotiated resolution they have discussed, the parties stipulate and agree that excluding time until August 26, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 22, 2026, through August 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 17, 2026

/s/
JARED S. BUSZIN
CHARLES F. BISESTO
Assistant United States Attorneys

DATED: July 17, 2026

/s/
RANDOLPH DAAR
Counsel for Defendant Nathan Wu-Falkenborg

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from July 22, 2026, through August 26, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 22, 2026, to August 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 22, 2026, through August 26, 2026, shall be excluded from computation under

the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 20, 2026

HON. CHARLES R. BREYER
United States District Judge